**Martha Scarboro RHEM, personal representative and administrator of the estate of John Rhem, Jr., deceased, Appellant,**

**R & M Environmental, Incorporated, a North Carolina Corporation; John Rhem, Jr., a citizen of New Hanover County, North Carolina, Plaintiffs–Appellants,**

v.

**Daniel J. BRITAIN, a resident of Georgia; Paragon Insurance Service, Incorporated, a Georgia corporation, Defendants–Appellees,**

and

**The Travelers Companies, a Connecticut corporation; Citigroup Incorporated, a corporation authorized to do business in North Carolina; Travelers Insurance Company, Defendants.**

No. 00–2011.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 8, 2001.

Bradley Andrew Coxe, Anderson, Daniel & Coxe, Wrightsville Beach, NC; David Bruce Collins, Jr., Wilmington, NC, for appellants. Andrew J. Hanley, Crossley, McIntosh, Prior & Collier, Wilmington, NC, for appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Appellants appeal the district court's order granting summary judgment to Defendants in their civil action. We have reviewed parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *R & M Envtl., Inc. v. Britain,* No. CA–99–99–7 F (E.D.N.C. July 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*